FILED

NOV 29 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **18 CR 811** |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 922(g)(1) |
| STEPHEN BAILEY | ) | |

JUDGE LEFKOW

MAGISTRATE JUDGE VALDEZ

The SPECIAL DECEMBER 2017 GRAND JURY charges:

On or about July 22, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

STEPHEN BAILEY,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, namely, a loaded Smith and Wesson .38 caliber Safety Hammerless revolver, bearing serial number 245350, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2017 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited is one Smith and Wesson .38 caliber Safety Hammerless revolver, bearing serial number 245350, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2